Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4244.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 10, 1930.*

No. 4274.—Pueblo, apldo., *v.* Natal, aplte.—C. D. Aguadilla. Escalamiento en primer grado. Noviembre 12, 1930.*

No. 4284.—Pueblo, apldo., *v.* Torres, aplte.—C. D. Humacao. Acometimiento y agresión grave. Noviembre 24, 1930.

No. 4290.—Pueblo, apldo., *v.* Ramos, aplte.—C. D. Aguadilla. Hurto menor. Noviembre 24, 1930.

No. 4339.—Pueblo, apldo., *v.* Ortiz, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 1, 1930.

No. 4338.—Pueblo, apldo., *v.* Gómez, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 1, 1930.

No. 4343.—Pueblo, apldo., *v.* Pizarro, aplte.—C. D. San Juan. Adulteración de leche. Diciembre 1, 1930.

No. 4342.—Pueblo, apldo., *v.* Pizarro, aplte.—C. D. San Juan. Adulteración de leche. Diciembre 1, 1930.

No. 4340.—Pueblo, apldo., *v.* Castro, aplte.—C. D. San Juan. Perjurio. Diciembre 8, 1930.

No. 4351.—Pueblo, apldo., *v.* González, aplte.—C. D. San Juan. Infracción artículo 440 del Código Penal. Diciembre 8, 1930.

No. 4350.—Pueblo, apldo., *v.* Amill, aplte.—C. D. San Juan. Acometimiento y agresión grave. Diciembre 8, 1930.

No. 4349.—Pueblo, apldo., *v.* Ortiz, aplte.—C. D. San Juan. Alterar la paz. Diciembre 8, 1930.

No. 4348.—Pueblo, apldo., *v.* Osorio, aplte.—C. D. San Juan. Homicidio involuntario. Diciembre 8, 1930.

No. 4345.—Pueblo, apldo., *v.* Medina, aplte.—C. D. San Juan. Perjurio. Diciembre 8, 1930.

No. 4330.—Pueblo, apldo., *v.* López Jr., aplte.—C. D.

---

* Nota: El Juez Asociado Señor Texidor no intervino.